IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| TROY ANTHONY HARDEN, <br><br> Petitioner <br><br> VS. <br><br> WILLIAM MASSEE, JR., Sheriff, <br><br> Respondent | **NO. 5:08-CV-443 (CAR)** <br><br> PROCEEDINGS UNDER 28 U.S.C. § 2254 <br> BEFORE THE U. S. MAGISTRATE JUDGE |

# ORDER

Petitioner **TROY ANTHONY HARDEN** has requested this Court to provide legal representation for him in the above-captioned 28 U.S.C. § 2254 proceeding. It appears that at the present time, the essential facts and legal doctrines in this case are ascertainable by the petitioner without the assistance of court-appointed legal counsel and that the existence of exceptional circumstances has not been shown by the petitioner.

The Court on its own motion will consider appointing legal counsel for the petitioner if and when it becomes apparent that legal assistance is required in order to avoid prejudice to his rights. Accordingly, petitioner's motion for appointment of legal counsel is **DENIED** at this time.

**SO ORDERED**, this 10th day of April, 2009.



CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE