IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

TROY ANTHONY HARDEN,

                Petitioner

VS.                            NO. 5:08-CV-443 (CAR)

DANNY HUNTER, *et al.,*

                              PROCEEDINGS UNDER 28 U.S.C. §2254
              Respondents      BEFORE THE U. S. MAGISTRATE JUDGE

# O R DE R

      Before the court are several motions filed by petitioner Troy Anthony Harden. These motions include four (4) Motions to Amend (Tab #21, Tab #23, Tab #29, Tab # 30), a Motion for Appointment of Counsel (Tab #32), a Motion for an Evidentiary Hearing (Tab #20), a Motion for Discovery (Tab #31), a Motion to Show Exhaustion (Tab #22), and a Motion Regarding Cruel and Unusual Punishment (Tab #19).

      Earlier this date the undersigned entered a Recommendation to Dismiss this action, finding that absent a clear violation of constitutional due process rights, a state prisoner is not entitled to federal habeas corpus relief in challenging a state's grant or denial of probation or related procedures. Thus, it is appropriate to deny as moot the above-referred to motions.

      **SO ORDERED**, this 19th day of JUNE, 2009.



                                                  CLAUDE W. HICKS, JR.
                                                 UNITED STATES MAGISTRATE JUDGE