**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

| | | |
|---|---|---|
| **TROY ANTHONY HARDEN,** | : | |
| | : | |
| Petitioner | : | Case No.: 5:08-CV-443 (CAR) |
| | : | |
| v. | : | Proceeding Under 28 U.S.C. § 2254 |
| | : | |
| **DANNY HUNTER et al.,** | : | |
| | : | |
| Respondents. | : | |

_____

### *ORDER ON THE UNITED STATES MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION*

Before the Court is the United States Magistrate Judge's Recommendation [Doc. 33] that the instant petition for habeas corpus relief be dismissed as moot in light of the fact that Petitioner's probated sentence which was revoked has been fully satisfied, and any consequences of parole revocation no longer exist because his maximum release date was May 13, 2009. Petitioner has filed no Objection to the Recommendation. The Court, having considered the Recommendation, agrees that the petition should be dismissed. Therefore, the Recommendation is **HEREBY ADOPTED AND MADE THE ORDER OF THE COURT**.

**SO ORDERED.** This 7th day of October, 2009.

> S/ C. Ashley Royal
> C. ASHLEY ROYAL
> UNITED STATES DISTRICT JUDGE

SSH